

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE INTEREST OF W. M., A CHILD., | § | No. 08-18-00046-CV |
| | § | Appeal from the |
| Appellant. | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2013DCM7531) |
| | § | |

## **O R D E R**

Pending before the Court is Appellant's motion requesting that the Court allow him to proceed *in forma pauperis*. He also asks that we notify the Financial Recovery Division of his status as a pauper because that entity is attempting to collect $350 from him. It appears the Financial Recovery Division is attempting to collect $350 from Appellant for costs incurred in the trial court. This Court previously determined that Appellant would be allowed to pursue this appeal without payment of appellate costs. Consequently, Appellant has not been required to pay filing fees or the costs associated with preparation of the appellate record. Our determination that Appellant is not required to pay the costs of the appeal does not, however, have any impact on Appellant's responsibility to pay the costs incurred in the trial court nor does it suspend the trial court's judgment. Accordingly, Appellant's motion is DENIED.

IT IS SO ORDERED this 9th day of October, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.